UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Melissa N. Licker, esq
McCalla Raymer Leibert Pierce, LLC
99 Wood Avenue, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@McCalla.com
Attorneys for Movant

| | |
|---|---|
| In re: | Case No. 18-29731-MBK |
| Ludin Pierre, | Chapter 13 |
| | Judge: Michael B. Kaplan |
| Debtor | |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

McCalla Raymer Leibert Pierce, LLC
99 Wood Avenue, Suite 803
Iselin, NJ 08830

DOCUMENTS:

- ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
- ☒ All documents and pleadings of any nature.

Date:  October 18, 2018          /s/ *Melissa Licker*
                                 Melissa Licker