| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>816164<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>Attorneys for JPMORGAN CHASE BANK,<br>NATIONAL ASSOCIATION | |
|---|---|
| In Re:<br><br>LUDIN PIERRE | Case No: 18-29731 - MBK<br><br>Judge: MICHAEL B KAPLAN<br><br>Chapter: 13 |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION</u> with regards to its mortgage. Said Mortgage was recorded on July 9, 2008, Book 12145, Page 9872 on the real property, located at 473 S CLINTON ST, EAST ORANGE, NJ 07018 in the above captioned bankruptcy matter. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054.

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Dated: October 18, 2018

/s/ Craig Keiser
Craig Keiser, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext.
Fax: 856-813-5501
Email: Craig.Keiser@phelanhallinan.com