Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18−29731−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ludin Pierre
   1 Angel Place
   Somerset, NJ 08873

Social Security No.:
   xxx−xx−0634

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        12/11/18
Time:       10:00 AM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 17, 2018
JAN: pbf

                Jeanne Naughton
                Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-29731-MBK
Ludin Pierre                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Oct 17, 2018
                              Form ID: 132             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2018.
```
db           +Ludin Pierre,    1 Angel Place,    Somerset, NJ 08873-4122
517817909    +781 Reality Mgt., LLC,    IVL Group,    60 Roseland Ave.,    Caldwell, NJ 07006-5955
517794365     AMTRUST BANK OH 98-0812,    111 Chester Av,    Cleveland, OH 44114
517817910    +Bayview Loan Svc., LLC,    POB 650091,    Dallas, TX 75265-0091
517817914    +CPAMG, LLC,    Rand Commercial Svcs.,    268 So. Main St.,    New City, NY 10956-3327
517817913    +CPAMG, LLC,    10 Schriever Ln.,    New City, NY 10956-3314
517817921    +Chase,    POB 15153,    Wilmington, DE 19886-5153
517817911    +Chase Mtg.,    POB 78420,    Phoenix, AZ 85062-8420
517817912     Citi Mtg.,    POB 39494,    Hyattsville, MD  20785
517817918    +ClearSpring Loan Svcs.,    18451 Dallas Pky., Ste. 100,    Dallas, TX 75287-5209
517817915     JW Pierson Co.,    88 Dodd St.,    E. Orange, NJ  07017
517817919    +KML,    216 Haddon Ave., Ste. 406,    Collingswood, NJ 08108-2812
517794366    +MC CABE Weisberg & Conway LLC,    216 Haddon Av, Ste 201,    Westmont, NJ 08108-2818
517817924    +Macy's,    POB 78008,    Phoenix, AZ 85062-8008
517815337    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,      Bankruptcy Department,    PO Box 619096,
                 Dallas, Texas 75261-9741)
517817925    +NJ Atty. General,    25 Market St.,    Trenton, NJ  08625. 08611-2148
517817920    +NJ Div. of Unemploy. & Disability,    POB 956,    Treton, NJ 08625-0956
517794364    +New York Community Bank,    615 Merrick AV,    Westbury, NY 11590-6607
517794363    +New York Community Bank,    1801 East Ninth St, Ste 200,    Cleveland, OH 44114-3103
517817916    +Wells Fargo Bank,    POB 51172,    Los Angeles, CA 90051-5472
517817917    +Wintrust Mtg.,    9700 W. Higgins Rd.,    Des Plains, IL 60018-4796
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2018 00:47:15      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2018 00:47:11      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517817922    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 18 2018 00:46:51      Comenity Bank,
               POB 182789,    columbus, OH 43218-2789
517817923    +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 18 2018 00:46:10      Kohl's,    POB 3043,
               Milwaukee, WI 53201-3043
517808868    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2018 00:55:01      T Mobile/T-Mobile USA Inc,
               by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2018 at the address(es) listed below:
```
              Albert Russo     docs@russotrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE
               FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES
               2004-QS14 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```