Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  18−29731−MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ludin Pierre
   1 Angel Place
   Somerset, NJ 08873

Social Security No.:
   xxx−xx−0634

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/1/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 2, 2018
JAN: bwj

                                                                 Jeanne Naughton
                                                                 Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey

In re:                                                              Case No. 18-29731-MBK
Ludin Pierre                                                        Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Nov 02, 2018
                              Form ID: 148             Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2018.
db             +Ludin Pierre,    1 Angel Place,    Somerset, NJ 08873-4122
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
517817909      +781 Reality Mgt., LLC,    IVL Group,    60 Roseland Ave.,    Caldwell, NJ 07006-5955
517794365       AMTRUST BANK OH 98-0812,    111 Chester Av,    Cleveland, OH 44114
517817910      +Bayview Loan Svc., LLC,    POB 650091,    Dallas, TX 75265-0091
517817914      +CPAMG, LLC,    Rand Commercial Svcs.,    268 So. Main St.,    New City, NY 10956-3327
517817913      +CPAMG, LLC,    10 Schriever Ln.,    New City, NY 10956-3314
517817911      +Chase Mtg.,    POB 78420,    Phoenix, AZ 85062-8420
517817912       Citi Mtg.,    POB 39494,    Hyattsville, MD 20785
517817918      +ClearSpring Loan Svcs.,    18451 Dallas Pky., Ste. 100,    Dallas, TX 75287-5209
517817915       JW Pierson Co.,    88 Dodd St.,    E. Orange, NJ 07017
517817919      +KML,    216 Haddon Ave., Ste. 406,    Collingswood, NJ 08108-2812
517794366      +MC CABE Weisberg & Conway LLC,    216 Haddon Av, Ste 201,    Westmont, NJ 08108-2818
517817924      +Macy's,    POB 78008,    Phoenix, AZ 85062-8008
517815337     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    Bankruptcy Department,    PO Box 619096,
                 Dallas, Texas 75261-9741)
517817925      +NJ Atty. General,    25 Market St.,    Trenton, NJ  08625. 08611-2148
517817920      +NJ Div. of Unemploy. & Disability,    POB 956,    Treton, NJ 08625-0956
517794364      +New York Community Bank,    615 Merrick AV,    Westbury, NY 11590-6607
517794363      +New York Community Bank,    1801 East Ninth St, Ste 200,    Cleveland, OH 44114-3103
517817917      +Wintrust Mtg.,    9700 W. Higgins Rd.,    Des Plains, IL 60018-4796
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 02 2018 23:23:35      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 02 2018 23:23:30      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517817921      +EDI: CHASE.COM Nov 03 2018 02:43:00      Chase,    POB 15153,    Wilmington, DE 19886-5153
517817922      +EDI: WFNNB.COM Nov 03 2018 02:43:00      Comenity Bank,    POB 182789,    columbus, OH 43218-2789
517817923      +EDI: CBSKOHLS.COM Nov 03 2018 02:43:00      Kohl's,    POB 3043,    Milwaukee, WI 53201-3043
517808868      +EDI: AIS.COM Nov 03 2018 02:43:00      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517817916      +EDI: WFFC.COM Nov 03 2018 02:43:00      Wells Fargo Bank,    POB 51172,
                 Los Angeles, CA 90051-5472
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2018 at the address(es) listed below:
              Albert  Russo     docs@russotrustee.com
              Craig Scott Keiser    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
                 craig.keiser@phelanhallinan.com
```

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Nov 02, 2018
                               Form ID: 148             Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Kevin Gordon McDonald   on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE
           FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES
           2004-QS14 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Melissa N. Licker   on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           NJ_ECF_Notices@McCalla.com
          Phillip Andrew Raymond   on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           phillip.raymond@mccalla.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                               TOTAL: 6