UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                        Case No.: 18-29731

Ludin Pierre

Adv. No.: _____

Judge: Michael B. Kaplan

Debtor(s),

Chapter: 13

## NOTICE OF SCHEDULED HEARING

You are hereby notified of a hearing before the Honorable __Michael B. Kaplan__, United States Bankruptcy Judge.

**Reason for Hearing:** Final Payment Filing Fee Due and Owing In The Amount of $10.00.

**Location of Hearing:** Courtroom No. 8
US Bankruptcy Court
402 East State Street
Trenton, NJ 08608

**Date and Time:** December 11, 2018 at 9:00 a.m.

**COURT APPEARANCES:** __✓__ ARE REQUIRED      ____ ARE NOT REQUIRED

DATED: December 4, 2018              JEANNE A. NAUGHTON, Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on December 4, 2018 the foregoing notice was served on the following: Debtor, Trustee and US Trustee.

JEANNE A. NAUGHTON, Clerk