UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                          Case No.:     18-29731

Ludin Pierre

                                                         Adv. No.: _____

                                                         Judge:     Michael B. Kaplan

                Debtor (s),

                                                         Chapter:        13

## NOTICE OF SCHEDULED HEARING

      You are hereby notified of a hearing before the Honorable _____ Michael B. Kaplan _____, United States Bankruptcy Judge.

**Reason for Hearing:**      Final Payment Filing Fee Due and Owing In The Amount of $10.00.

**Location of Hearing:**      Courtroom No. __8__
US Bankruptcy Court
402 East State Street
Trenton, NJ  08608

**Date and Time:**      December 11, 2018 at 9:00 a.m.

    **COURT APPEARANCES:**      __✓__ ARE REQUIRED      ____ ARE NOT REQUIRED

DATED:     December 4, 2018                  JEANNE A. NAUGHTON, Clerk

## CERTIFICATE OF MAILING

     I HEREBY CERTIFY that on December 4, 2018 the foregoing notice was served on the following: Debtor, Trustee and US Trustee.

                                                                      JEANNE A. NAUGHTON, Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Ludin Pierre
    Debtor

Case No. 18-29731-MBK
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 04, 2018
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2018.
db         +Ludin Pierre,    1 Angel Place,    Somerset, NJ 08873-4122

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2018 at the address(es) listed below:
         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
         Albert   Russo    docs@russotrustee.com
         Craig Scott Keiser    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          craig.keiser@phelanhallinan.com
         Kevin Gordon McDonald    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE
         FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES
         2004-QS14 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
          NJ_ECF_Notices@McCalla.com
         Phillip Andrew Raymond    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
          phillip.raymond@mccalla.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                        TOTAL: 7