| UNITED STATES BANKRUPTCY COURT |
|---|
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |

Order Filed on January 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Ludin Pierre

Case No.: 18-29731

Hearing Date: 1/22/2019

Judge: Michael B. Kaplan

Chapter: 13

Recommended Local Form:  ☒ Followed  ☐ Modified

# ORDER DENYING MOTION

## TO VACATE DISMISSAL OF CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 24, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

      A motion or application having been filed on _____November 8_____, 20 _18_ by _Ludin Pierre_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

      ORDERED that the aforesaid motion or application is denied.

      The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*